**Opinion filed March 12, 2026**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-25-00236-CV

_____

## CORNELL KNIGHT, Appellant
## V.
## COMANCHE SHADY ACRES MHP, LLC, Appellee

**On Appeal from the County Court
Comanche County, Texas
Trial Court Cause No. 3531**

## MEMORANDUM OPINION

In this eviction case, Appellant filed a pro se notice of appeal from the trial court's judgment awarding the subject property to Appellee. Appellant has now filed a motion to dismiss the appeal because he no longer wishes to pursue it, requesting that we "enter an order dismissing the appeal and closing this case." We grant Appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

W. BRUCE WILLIAMS

March 12, 2026                    JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.